# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00802-CV

**Wanda Kuberski, Appellant**

**v.**

**City of Temple, Texas Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 169,795-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

The parties filed a joint motion to dismiss, stating that they had resolved their differences and agreed to dismiss their claims on appeal. We grant their motion and dismiss this appeal.

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith, and Patterson

Dismissed on Joint Motion

Filed: October 25, 2001

Do Not Publish